WELLS v. LAWRENCE ET AL.

1. Mortgage Foreclosure : DEFENSE OF PAYMENT: QUESTION OF FACT. This being an action for the foreclosure of a mortgage, it is triable *de novo* in this court; and the only question being one of fact as to the payment of the mortgage debt, the evidence is considered, and *held* to establish the defense of payment.

*Appeal from Delaware Circuit Court.*

WEDNESDAY, DECEMBER 10.

THIS is an action to foreclose a mortgage upon certain real

estate.   The defense is that the promissory notes secured by
the mortgage, of which notes the plaintiff claims to be owner,
have been fully paid.   The circuit court found that the
defense of payment was established by the evidence, and ren-
dered a judgment for the defendants for costs.   Plaintiff
appeals.

*J. M. Brayton*, for appellant.

*E. M. Carr* and *Bronson & Le Roy*, for appellee.

ROTHROCK, CH. J.—The case is triable anew in this court.
The question of payment is purely one of fact, to be deter-
mined by the testimony of the witnesses and the written evi-
dence in the case.   We have carefully examined every fact pre-
sented to us, and have reached the conclusion that the decree
of the circuit court is correct.   The facts are somewhat com-
plicated, and it is unnecessary to set them out and discuss
the evidence.

AFFIRMED.